**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6945
_____

CORNELL ROGERS,

                    Plaintiff - Appellant,

          v.

ERICA POWELL, Nurse; GRAY, Nurse,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony J. Trenga,
District Judge. (1:10-cv-00468-AJT-TRJ)

_____

Submitted: August 26, 2010        Decided: September 7, 2010

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cornell Rogers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornell Rogers appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rogers v. Powell, No. 1:10-cv-00468-AJT-TRJ (E.D. Va. filed June 28, 2010, and entered June 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2